TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00408-CV






Isseks Brothers., Inc., Appellant



v.



Dell Marketing, L.P., Appellee






FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,


NO. 255,556, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 






PER CURIAM

 Appellant Isseks Brothers, Inc. has requested that this Court withdraw appellant's
notice of appeal. Accordingly, we dismiss the appeal. Tex. R. App. P. 42.1(a)(2). 


Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: August 30, 2001

Do Not Publish